1  Kelly H. Dove (Nevada Bar No. 10569)
   Karl O. Riley (Nevada Bar No. 12077)
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, Nevada  89169
   Telephone:  702.784.5200
4  Facsimile:  702.784.5252
   Email: kdove@swlaw.com
5         kriley@swlaw.com

6  *Attorneys for Defendant Wells Fargo Bank, N.A.,*
   *erroneously named as Wells Fargo Home Mortgage,*
7  *Inc. and Wells Fargo Financial Nevada 2 Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAWRENCE SHADID and CLARICE SHADID, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE, INC., and WELLS FARGO FINANCIAL NEVADA 2 INC., <br><br> Defendants. | Case No.:    2:17-cv-02662-APG-CWH <br><br> **STIPULATION AND ORDER TO CONTINUE RESPONSE TO COMPLAINT** <br><br> **(SECOND REQUEST)** |

Plaintiffs Lawrence and Clarice Shadid ("Plaintiffs") and Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Home Mortgage, Inc. and Wells Fargo Financial Nevada 2 Inc. ("Wells Fargo," together with Plaintiffs, the "Parties") agree, by and through their attorneys, to stipulate to extend the time for Wells Fargo to respond to Plaintiffs' Complaint, as follows:

WHEREAS, Wells Fargo is to respond to the Complaint on December 1, 2017;

WHEREAS, this request is timely;

WHEREAS, Wells Fargo needs additional time to procure information to respond to the Complaint;

WHEREAS, Wells Fargo requested, and Plaintiff agreed, to extend Wells Fargo's time to respond to Plaintiff's Complaint;

- 1 -

4848-1483-3239

WHEREAS, this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. Wells Fargo will respond to Plaintiffs' Complaint on or before December 15, 2017.

**IT IS SO STIPULATED.**

| Dated: November 28, 2017. | Dated: November 28, 2017. |
|---|---|
| | SNELL & WILMER L.L.P. |
| By: */s/ Matthew Knepper* <br> Allison R. Schmidt, Esq. <br> ALLISON R. SCHMIDT ESQ., LLC <br> 8465 W. Sahara Ave., Suite 111-504 <br> Las Vegas, Nevada 89117 <br><br> Matthew I. Knepper, Esq. <br> Miles N. Clark, Esq. <br> KNEPPER & CLARK LLC <br> 10040 W. Cheyenne Ave., Suite 170-109 <br> Las Vegas, NV 89129 <br><br> David H. Krieger, Esq. <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Ave., Suite 350 <br> Henderson, NV 89123 <br><br> *Attorneys for Plaintiffs Lawrence and Clarice Shadid* | By: */s/ Karl O. Riley* <br> Kelly H. Dove, Esq. <br> Nevada Bar No. 10569 <br> Karl O. Riley, Esq. <br> Nevada Bar No. 12077 <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, NV 89169 <br><br> *Attorneys for Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Home Mortgage, Inc. and Wells Fargo Financial Nevada 2 Inc.* |

## **ORDER**

IT IS ORDERED THAT Wells Fargo shall respond to Plaintiffs' Complaint on or before December 15, 2017.

**IT IS SO ORDERED.**

DATED: ~~November~~/December __1__, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

4848-1483-3239