Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Allison R. Schmidt, Esq.
Nevada Bar No. 10743
ALLISON R. SCHMIDT ESQ. LLC
8465 W. Sahara Avenue, Suite 111-504
Las Vegas, Nevada 89117
Phone: (702) 387-7222
Fax: (702) 387-7222
Email: allison@nevadaslawyers.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAWRENCE SHADID and CLARICE SHADID, <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE, INC. and WELLS FARGO FINANCIAL NEVADA 2 INC, <br><br> Defendant. | Case No.: 2:17-cv-02662-APG-CWH <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS** <br><br> **[FIRST REQUEST]** |

[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS - 1

Plaintiffs Lawrence Shadid and Clarice Shadid ("Plaintiffs"), by and through their counsel of record, and Defendants Wells Fargo Bank; Wells Fargo Home Mortgage; and Wells Fargo Financial Nevada 2 Inc. (collectively "Wells Fargo") have agreed and stipulated to the following:

1. On October 13, 2017, Plaintiffs filed their Complaint.

2. On December 14, 2017, Defendants filed a Motion to Dismiss the Complaint.

3. Plaintiffs' Response is due December 28, 2017.

4. Plaintiffs and Wells Fargo have agreed to extend the deadline for Plaintiffs to file their response to the Motion to Dismiss for two weeks. Due to the holidays, Plaintiffs and Wells Fargo hereby request this Court to further extend the date for Plaintiffs to respond to Wells Fargo's Motion to Dismiss Complaint until **January 11, 2018**.

IT IS SO STIPULATED.

December 19, 2017

| | |
|---|---|
| /s/ *Matthew I. Knepper* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> KNEPPER & CLARK LLC <br> 10040 W. Cheyenne Ave., Suite 170-109 <br> Las Vegas, NV 89129 <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, Nevada 89123 <br><br> Allison R. Schmidt, Esq. <br> Nevada Bar No. 10743 <br> ALLISON R. SCHMIDT ESQ. LLC <br> 8465 W. Sahara Avenue, Suite 111-504 <br> Las Vegas, Nevada 89117 <br> Email: allison@nevadaslawyers.com <br> *Attorneys for Plaintiff* | /s/ *Karl O. Riley* <br> Kelly H. Dove, Esq. <br> Nevada Bar No. 10569 <br> Karl O. Riley, Esq. <br> Nevada Bar No. 12077 <br> SNELL & WILMER LLP <br> 3883 Howard Hughes Pkwy., Suite <br> Las Vegas, NV 89169 <br> Email: kdove@ballardspahr.com <br> Email: kriley@ballardspahr.com <br><br> Attorneys for Defendant <br> *Wells Fargo Bank, N.A.; Wells Fargo Home Mortgage, Inc.; and Wells Fargo Financial Nevada 2 Inc.* <br><br> **IT IS SO ORDERED.** <br> Dated: 12/20/2017 <br><br> _____ <br> United States District Judge |