Kelly H. Dove (Nevada Bar No. 10569)
Karl O. Riley (Nevada Bar No. 12077)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.,
erroneously named as Wells Fargo Home Mortgage,
Inc. and Wells Fargo Financial Nevada 2 Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAWRENCE SHADID and CLARICE SHADID, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE, INC., WELLS FARGO FINANCIAL NEVADA 2 INC., and EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | Case No.: 2:17-cv-02662-APG-CWH <br><br> **STIPULATION AND ORDER TO CONTINUE RESPONSE TO FIRST AMENDED COMPLAINT** <br><br> **(SECOND REQUEST)** |

Plaintiffs Lawrence and Clarice Shadid ("Plaintiffs") and Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Home Mortgage, Inc. and Wells Fargo Financial Nevada 2 Inc. ("Wells Fargo," together with Plaintiffs, the "Parties")[1] agree, by and through their attorneys, to stipulate to extend the time for Wells Fargo to respond to Plaintiffs' First Amended Complaint, as follows:

WHEREAS, Wells Fargo is to respond to the First Amended Complaint on February 21, 2018;

WHEREAS, this request is timely;

WHEREAS, Wells Fargo needs additional time to procure information to respond to the First Amended Complaint;

---
[1] Equifax Information Services, LLC is not included as it has not appeared in this action.

- 1 -

4845-2056-8926

WHEREAS, Wells Fargo requested, and Plaintiff agreed, to extend Wells Fargo's time to respond to Plaintiffs' First Amended Complaint;

WHEREAS, this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. Wells Fargo will respond to Plaintiffs' First Amended Complaint on or before March 14, 2018.

**IT IS SO STIPULATED.**

Dated: February 22, 2018.

ALLISON R. SCHMIDT ESQ., LLC

By: */s/ Matthew Knepper*
Allison R. Schmidt, Esq.
8465 W. Sahara Ave., Suite 111-504
Las Vegas, Nevada 89117

Matthew I. Knepper, Esq.
Miles N. Clark, Esq.
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129

David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123

*Attorneys for Plaintiffs Lawrence and Clarice Shadid*

Dated: February 22, 2018.

SNELL & WILMER L.L.P.

By: */s/ Karl O. Riley*
Kelly H. Dove, Esq.
Karl O. Riley, Esq.
3883 Howard Hughes Parkway, # 1100
Las Vegas, NV 89169

*Attorneys for Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Home Mortgage, Inc. and Wells Fargo Financial Nevada 2 Inc.*

**ORDER**

IT IS ORDERED THAT Wells Fargo shall respond to Plaintiffs' First Amended Complaint on or before March 14, 2018.

**IT IS SO ORDERED.**

DATED: February _23_, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -

4845-2056-8926