Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Allison R. Schmidt, Esq.
Nevada Bar No. 10743
ALLISON R SCHMIDT ESQ. LLC
8465 W. Sahara Ave., Suite 111-504
Las Vegas, NV 89117
Phone: 702-387-7222
Fax: 702-387-7222
Email: allisonschmidtesq@gmail.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAWRENCE SHADID and CLARICE SHADID, <br><br>Plaintiffs, <br><br>vs. <br><br>WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE, INC.; WELLS FARGO FINANCIAL NEVADA 2 INC.; and EQUIFAX INFORMATION SERVICES, LLC, <br><br>Defendants. | Case No.: 2:17-cv-02662-APG-CWH <br><br>**NOTICE OF VOLUNTARY DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE** <br><br>**ORDER** |

NOTICE OF VOLUNTARY DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE - 1

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Lawrence Shadid and Clarice Shadid hereby dismiss all of their claims against EQUIFAX INFORMATION SERVICES, LLC, in this case with prejudice, on the merits, and without costs or disbursements to any party.

IT IS SO STIPULATED.

Dated this 22nd day of March, 2018

.

| | |
|---|---|
| /s/ *Matthew I. Knepper* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> KNEPPER & CLARK LLC <br> 10040 W. Cheyenne Ave., Suite 170-109 <br> Las Vegas, NV 89129 <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, Nevada 89123 <br><br> Allison R. Schmidt, Esq. <br> Nevada Bar No. 10743 <br> ALLISON R. SCHMIDT ESQ. LLC <br><br> *Attorneys for Plaintiff* | /s/ *Bradley T. Austin* <br> Bradley T. Austin, Esq. <br> Nevada Bar No.13064 <br> SNELL & WILMER LLP <br> 3883 Howard Hughes Pkwy., Ste. 1100 <br> Las Vegas, NV 89169 <br><br> *Attorneys for Defendant* <br> *Equifax Information Services, LLC* |
| /s/ *Karl O. Riley* <br> Kelly H. Dove, Esq. <br> Nevada Bar No. 10569 <br> Karl O. Riley, Esq. <br> Nevada Bar No. 12077 <br> SNELL & WILMER LLP <br> 3883 Howard Hughes Pkwy., Suite 1100 <br> Las Vegas, NV 89169 <br><br> *Attorneys for Defendant* <br> *Wells Fargo Bank, N.A., erroneously identified as Wells Fargo Home Mortgage, Inc., and Wells Fargo Financial Nevada 2, Inc.* | **IT IS SO ORDERED.** <br><br> _____ <br> UNITED STATES DISTRICT JUDGE <br> Dated: March 23, 2018 |

NOTICE OF VOLUNTARY DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE - 2