1  Kelly H. Dove (Nevada Bar No. 10569)
   Karl O. Riley (Nevada Bar No. 12077)
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, Nevada 89169
   Telephone: 702.784.5200
4  Facsimile: 702.784.5252
   Email: kdove@swlaw.com
5         kriley@swlaw.com

6  *Attorneys for Defendant Wells Fargo Bank, N.A.,
   erroneously named as Wells Fargo Home Mortgage,*
7  *Inc. and Wells Fargo Financial Nevada 2 Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAWRENCE SHADID and CLARICE SHADID, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE, INC., WELLS FARGO FINANCIAL NEVADA 2 INC., and EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | Case No.: 2:17-cv-02662-APG-CWH <br><br> **STIPULATION AND ORDER TO CONTINUE DISCOVERY** <br><br> **[FIRST REQUEST]** |

Under Fed. R. Civ. P. 26(f), and Local Rule 26-4, Plaintiffs Lawrence and Clarice Shadid ("Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), erroneously named as Wells Fargo Home Mortgage, Inc. and Wells Fargo Financial Nevada 2 Inc., through their attorneys, stipulate to extend certain deadlines in the March 28, 2018 Scheduling Order. Plaintiffs and Wells Fargo are referred to as "the Parties."

    **1.**    **Discovery Completed:**

Plaintiffs served their Initial Disclosures on February 23, 2018. Wells Fargo served its initial disclosures on February 21, 2018. On May 22, 2018, Plaintiffs served their First Set of Requests for Production of Documents and Interrogatories to Wells Fargo.

    **2.**    **Discovery to be Completed:**

Plaintiffs intend to depose Wells Fargo's Rule 30(b)(6) witness, and Wells Fargo intends

to depose Plaintiffs. Wells Fargo also intends to serve Plaintiff with a set of requests for admission, interrogatories, and requests for production of documents.

### 3. **Reasons Why Discovery Not Completed Within Time Limits:**

Good cause supports this request to extend discovery as written discovery is well underway and the proposed extension will allow for sufficient time to conduct necessary, additional discovery, including depositions. The Parties are evaluating their respective claims and the prospect of settlement. As Wells Fargo needs more time to respond to Plaintiff's discovery requests and Plaintiff seeks to file a potential amended complaint should the parties not settle, the Parties request to continue the discovery schedule to allow each party the ability to timely exhaust all rights. No prejudice will occur to this Court or the Parties if granted. Thus, this stipulation is supported by good cause.

### 4. **A Proposed Schedule for Completing All Remaining Discovery:**

The Parties plan to complete the above discovery on the following schedule:

- Discovery Cutoff: October 15, 2018
- Amending Pleadings/Adding Parties: July 16, 2018
- Initial Expert Disclosures/Interim Status Report: August 15, 2018
- Rebuttal Expert Disclosures: September 14, 2018
- Dispositive Motion deadline: November 15, 2018
- Joint Proposed Pretrial Order: December 14, 2018 or 30 days after decision on any dispositive motion.

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

The March 28, 2018 Scheduling Order shall be amended as follows:

- Discovery Cutoff: October 15, 2018
- Amending Pleadings/Adding Parties: July 16, 2018
- Initial Expert Disclosures/Interim Status Report: August 15, 2018
- Rebuttal Expert Disclosures: September 14, 2018
- Dispositive Motion deadline: November 15, 2018

- 2 -

4847-0281-9432

- Joint Proposed Pretrial Order: December 14, 2018 or 30 days after decision on any dispositive motion.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: June __, 2018.<br><br>HAINES & KRIEGER, LLC<br><br>By: */s/ Matthew Knepper*<br>Matthew Knepper, Esq.<br>Miles N. Clark, Esq.<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave.<br>Suite #170-109<br>Las Vegas, NV 89129<br>Phone: 702.825.6060<br><br>David Krieger<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Henderson, NV 89123<br>Tel: (702) 880-5554<br><br>*Attorneys for Plaintiffs Lawrence and Clarice Shadid* | Dated: June __, 2018.<br><br>SNELL & WILMER L.L.P.<br><br>By: */s/ Karl O. Riley*<br>Kelly H. Dove, Esq.<br>Karl O. Riley, Esq.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br><br>*Attorneys for Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Home Mortgage, Inc. and Wells Fargo Financial Nevada 2 Inc.* |

**ORDER**

**IT IS ORDERED THAT** the March 28, 2018 Scheduling Order shall be amended as follows:

- Discovery Cutoff: October 15, 2018
- Amending Pleadings/Adding Parties: July 16, 2018
- Initial Expert Disclosures/Interim Status Report: August 15, 2018
- Rebuttal Expert Disclosures: September 14, 2018
- Dispositive Motion deadline: November 15, 2018
- Joint Proposed Pretrial Order: December 14, 2018 or 30 days after decision on any dispositive motion.

**IT IS SO ORDERED.**

Dated: __June 13__, 2018.   _____
UNITED STATES MAGISTRATE JUDGE

4847-0281-9432