Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAWRENCE SHADID; AND CLARICE SHADID,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE, INC.; WELLS FARGO FINANCIAL NEVADA 2 INC.; and EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendants. | Case No.: 2:17-cv-02662-APG-CWH<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE, INC.; WELLS FARGO FINANCIAL NEVADA 2 INC., WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Lawrence Shadid; and Clarice Shadid hereby dismiss all of their claims against Wells Fargo Bank,

NOTICE OF VOLUNTARY DISMISSAL OF WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE, INC.; WELLS FARGO FINANCIAL NEVADA 2 INC., WITH PREJUDICE - 1

N.A.; Wells Fargo Home Mortgage, Inc.; and Wells Fargo Financial Nevada 2 Inc., in this case with prejudice, without costs or fees to any party.

Dated January 26, 2019

| /s/ *Matthew I. Knepper* | /s/ *Tanya N. Lewis* |
|---|---|
| Matthew I. Knepper, Esq. | Kelly H. Dove, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 10569 |
| Miles N. Clark, Esq. | Tanya N. Lewis, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 8855 |
| KNEPPER & CLARK LLC | SNELL & WILMER LLP |
| 10040 W. Cheyenne Ave., Suite 170-109 | 3883 Howard Hughes Pkwy., Suite 1100 |
| Las Vegas, NV 89129 | Las Vegas, NV 89169 |
| | |
| David H. Krieger, Esq. | *Counsel for Defendants* |
| Nevada Bar No. 9086 | *Wells Fargo Bank, N.A., erroneously sued as* |
| HAINES & KRIEGER, LLC | *Wells Fargo Home Mortgage, Inc., and Wells* |
| 8985 S. Eastern Avenue, Suite 350 | *Fargo Financial Nevada 2, Inc.* |
| Henderson, Nevada 89123 | |
| *Counsel for Plaintiffs* | |

## ORDER GRANTING

## VOLUNTARY DISMISSAL OF WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE, INC.; WELLS FARGO FINANCIAL NEVADA 2 INC.

## WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: January 28, 2019.